Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

pleeminglaw@gmail.com

Attorney for ALEJANDRO PELAYO-GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-26-0048 EKL |
| ) | |
|     Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | HEARING; [PROPOSED] ORDER |
|   v. ) | |
| ) | |
| ALEJANDRO PELAYO-GONZALEZ ) | |
| ) | |
| Defendant. ) | |
| ) | |

The above matter is scheduled for a sentencing hearing on Tuesday, May 19 at 10:30 AM.  The parties are respectfully requesting that the status hearing be continued until June 9, 2026, at 10:30 AM.

Counsel for Mr. Pelayo-Gonzalez will be out of the state from Saturday, May 9 to Monday, May 18.  Counsel has also been involved in two state court hearings that have taken up virtually all his time for the past several weeks.  Thus, additional time is necessary for effective preparation.

Counsel for Mr. Pelayo-Gonzales has conferred with counsel for the Government, who does not oppose this request for a continuance.

For the above reasons, it is respectfully requested that the status hearing in this matter be continued until June 9, 2026, at 10:30 A.M., and that time be excluded under the Speedy Trial Act from May 19, 2026, to June 9, 2026, for effective preparation of counsel.

///

Respectfully submitted,

STIPULATION AND [PROPOSED] ORDER
Case No. CR 26-0048

DATED: May 8, 2026

          /s/
          PETER LEEMING
          Counsel for Defendant Ramon Castillo


          **/s/**
          NEAL C. HONG
          Assistant United states Attorney

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby ORDERS that the status hearing in the above matter is continued to June 9, 2026.

It is further Ordered that the time between May 19, 2026, and June 9, 2026, is excluded from the Speedy Trial Act based on the need for effective preparation of counsel. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: __May 11, 2026__

          Hon. Eumi K. Lee
          United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. CR 26-0048