UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AJELANDRO PELAYO GONZALEZ<br>Defendant. | NO. CR-26-0048 EKL<br><br>~~[PROPOSED]~~ ORDER CONTINUING STATUS CONFERENCE |

ORDER

GOOD CAUSE APPEARING, it is hereby Ordered that the status conference in the above-entitled case is continued from October 27, 2026, to November 17, 2026.

It is so Ordered.

Dated: October 26, 2026

By: ______________________
Hon. Eumi K. Lee
United States District Judge